NICK DePALMA v. CITY OF ST. PAUL.

215 N. W. 2d 477.

March 1, 1974—No. 44204.

*Berde, Leonard & Weinblatt* and *Alan W. Weinblatt,* for appellant.
*Kenneth J. Fitzpatrick,* City Attorney, and *Daniel L. Ficker,* Assistant City Attorney, for respondent.

PER CURIAM.

Plaintiff appeals from a judgment of the district court awarding him $2,000 plus interest for the taking of his property by the city of St. Paul. He claims (1) that the trial judge erroneously excluded certain testimony of plaintiff, and (2) that the trial judge erroneously directed a verdict for the amount of damages. We have considered these claims and find them to be without merit.

Affirmed.